NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER PACE,
DOC #H07495,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  2D18-2382

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezelle, Judge.

Rachael E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and BADALAMENTI, JJ., Concur.